**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    Campanile A Vito, Jr.<br>    Campanile B Jacqueline<br>            Debtor(s) | Case No. 16 B 04011 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/10/2016.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was Converted on 02/24/2016.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $0.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$0.00** |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $0.00 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$0.00** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ATG Credit LLC | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| Blitt & Gaines | Unsecured | 8,227.00 | NA | NA | 0.00 | 0.00 |
| Burlington Acceptance | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 1,860.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 2,781.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| Capital One Bank | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| Capital One/Best Buy | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| City of Berwyn | Unsecured | 13,836.00 | NA | NA | 0.00 | 0.00 |
| City of Berwyn | Priority | 20,000.00 | NA | NA | 0.00 | 0.00 |
| Codilis & Associates PC | Unsecured | 360,000.00 | NA | NA | 0.00 | 0.00 |
| Commonwealth Edison | Unsecured | 763.00 | NA | NA | 0.00 | 0.00 |
| Country Insurance/O'Brien | Unsecured | 2,795.00 | NA | NA | 0.00 | 0.00 |
| Credit One Bank | Unsecured | 381.00 | NA | NA | 0.00 | 0.00 |
| Diversified Consultants, Inc | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| Diversified Consultants, Inc | Unsecured | 236.00 | NA | NA | 0.00 | 0.00 |
| DuPage Medical Group | Unsecured | 349.00 | NA | NA | 0.00 | 0.00 |
| Enhanced Recovery Corp/AT&T | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| FMS/Capital One | Unsecured | 410.25 | NA | NA | 0.00 | 0.00 |
| Freedman Anselmo Lindgerg | Unsecured | 13,090.00 | NA | NA | 0.00 | 0.00 |
| Goodyear Tire/CBNA | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| Home Depot/CBNA | Unsecured | 1,370.00 | NA | NA | 0.00 | 0.00 |
| HSBC Best Buy | Unsecured | 572.00 | NA | NA | 0.00 | 0.00 |
| Illinois Tollway | Priority | 1,501.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Service | Priority | 134,000.00 | 181,999.30 | 181,999.30 | 0.00 | 0.00 |
| Internal Revenue Service | Unsecured | 0.00 | 15,888.07 | 15,888.07 | 0.00 | 0.00 |
| Merchant Cash & Capital LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 729.00 | NA | NA | 0.00 | 0.00 |
| Midland Funding LLC | Unsecured | 432.00 | NA | NA | 0.00 | 0.00 |
| Milton A. Svec & Assoc | Unsecured | 9,000.00 | NA | NA | 0.00 | 0.00 |
| Municipal Collection Svs/Stone Park | Priority | 200.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Municipality of Lyons | Priority | 120.00 | NA | NA | 0.00 | 0.00 |
| Nicor Gas | Unsecured | 592.00 | NA | NA | 0.00 | 0.00 |
| Northland Group | Unsecured | 1,370.00 | NA | NA | 0.00 | 0.00 |
| Northland Group | Unsecured | 436.00 | NA | NA | 0.00 | 0.00 |
| Photo Enforcement/Village of Forest Park | Priority | 100.00 | NA | NA | 0.00 | 0.00 |
| Seas & Associates, LLC | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| Silverleaf Resorts | Unsecured | 5,000.00 | NA | NA | 0.00 | 0.00 |
| Stone Pogrund & Korey | Unsecured | 4,812.00 | NA | NA | 0.00 | 0.00 |
| Syncb/Sams Club | Unsecured | 66.00 | NA | NA | 0.00 | 0.00 |
| TDH CBNA | Unsecured | 1,370.00 | NA | NA | 0.00 | 0.00 |
| Village of North Riverside | Priority | 500.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $181,999.30 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$181,999.30** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$15,888.07** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS :** | **$0.00** |

**UST Form 101-13-FR-S (9/1/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 10/17/2016                    By: /s/ Marilyn O. Marshall
                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**